BRIAN SEBASTIAN SCIARA
712 Pont Chartrain Drive
Las Vegas, Nevada 89145
(702)592-5778
Defendant in proper person

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| In re<br>BRIAN SEBASTIAN SCIARA<br>Debtor. | Case No. BK-S-23-13265-ABL<br>Chapter 11 |
| SPROUT FINANCIAL LLC<br>Plantiff<br>v.<br>BRIAN SEBASTIAN SCIARA,<br>Defendant | Adv, No. 23-01140-ABL |

## ANSWER TO COMPLAINT

Defendant BRIAN SEBASTIAN SCIARA, Defendant in proper person hereby answers Plaintiff SPROUT FINANCIAL LLC's complaint as follows:

1. Answering paragraphs 10, 11, 12, 14, 23, 26, 27, and 33 of the Complaint, Defendant is without sufficient information or belief as to the truth of the allegations therein, and therefore denies the allegations therein.

2. Answering paragraphs 1, 2, 3, 4, 5, 6, 7, 8, 9, 13 and 15 of the Complaint, Defendant admits the allegations contained therein.
3. Answering paragraphs 16, 17, 18, 19, 20, 21, 22, 24, 25, 28, 29, 30, 31, 32, 34, 35, 36, 37 and 38 of the Complaint, Defendant denies the allegations contained therein.
4. The Defendant expressly denies any and all allegations not specifically admitted herein.

## AFFIRMATIVE DEFENSES

This answering Defendant asserts the following affirmative defenses in response to Plaintiff's Complaint:

1. All possible affirmative defenses have not been alleged herein, and the answering Defendant reserves the right to amend his Answer and Affirmative Defenses to allege additional admissions, denials, affirmative defenses, and/or counter-claims as discovery progresses.

WHEREFORE, Defendant prays for judgment as follows:

1. That Plaintiff take nothing by way of its Complaint;
2. For an award of any attorney's fees and costs incurred in defending this action;
3. For such other and further relief as this Court deems appropriate.

DATED this 27th day of November, 2023.

BRIAN SEBASTIAN SCIARA
Defendant in Proper Person