TIMOTHY A. LUKAS, ESQ.
Nevada Bar No. 4678
**HOLLAND & HART LLP**
5470 Kietzke Lane, Suite 100
Reno, Nevada 89511
Tel: (775) 327-3000/Fax: (775) 786-7169
Email: ecflukast@hollandhart.com

*Attorney for SPROUT FINANCIAL LLC*

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In Re:<br><br>BRIAN SEBASTIAN SCIARA<br><br>Debtor. | Case No. 23-13265-abl<br>Chapter 11 |
| SPROUT FINANCIAL LLC,<br><br>Plaintiff,<br><br>v.<br><br>BRIAN SEBASTIAN SCIARA,<br><br>Defendant. | **Adv. No.** 23- 01140-abl<br><br>**STIPULATION CONCERNING CASE DEADLINES** |

Plaintiff Sprout Financial LLC, by and through its counsel, and Defendant Brian Sebastian Sciara, by and through his counsel, stipulate to extend filing deadlines as follows:

1. DISCOVERY DEADLINE: The close of discovery shall be extended from December 2, 2024 to February 2, 2025 with the exception of expert witness discovery as set forth below.

2. EXPERT WITNESS:

   a. Initial Report and Disclosure shall be extended from November 18, 2024 to January 20, 2025.

   b. Rebuttal Expert Disclosure shall be extended from December 20, 2024 to February 20, 2025.

   c. Deadline for dispositions of expert witnesses shall be March 10, 2025.



HOLLAND & HART LLP
5470 Kietzke Lane, Suite 100
Reno, Nevada 89511
Tel: (775) 327-3000/Fax: (775) 786-6179

DATED this 14th day of November, 2024

_/s/ Timothy A. Lukas_
Timothy A. Lukas, Esq. (NV Bar No. 4678)
**HOLLAND & HART LLP**
5470 Kietzke Lane, Suite 100
Reno, Nevada 89511
Tel: (775) 327-3000
Fax: (775) 786-6179
Email:ECFlukast@hollandhart.com

*Attorneys for SPROUT FINANCIAL LLC*

DATED this 14th day of November, 2024

_/s/ Peter Mortenson_
Peter Mortenson, Esq.
**MORTENSON AND RAFIE, LTD**
10781 West Twain Avenue
Las Vegas, NV 89135

*Attorney for Defendant BRIAN SEBASTIAN SCIARA*

33509604_v2

HOLLAND & HART LLP
5470 Kietzke Lane, Suite 100
Reno, Nevada 89511
Tel: (775) 327-3000/Fax: (775) 786-6179