Honorable August B. Landis
United States Bankruptcy Judge

Entered on Docket
January 14, 2025

HOLLAND & HART LLP
5470 Kietzke Lane, Suite 100
Reno, Nevada 89511
Tel: (775) 327-3000/Fax: (775) 786-6179

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In Re:<br><br>BRIAN SEBASTIAN SCIARA<br><br>Debtor. | Case No. 23-13265-abl<br>Chapter 11 |
| SPROUT FINANCIAL LLC,<br><br>Plaintiff,<br><br>v.<br><br>BRIAN SEBASTIAN SCIARA,<br><br>Defendant. | **Adv. No.** 23- 01140-abl<br><br>**AMENDED ORDER GRANTING AMENDED STIPULATION PROCEEDING AND VACATING TRIAL DATE** |

Plaintiff Sprout Financial LLC, by and through its counsel, and Defendant Brian Sebastian Sciara ("Sciara"), by and through his counsel, filed their Stipulation Staying Proceeding and Vacating Trial Date on January 6, 2025 (ECF #20). Good cause appearing,

1. Sprout Financial LLC ("Sprout") filed its Complaint for Determination of Nondischargeability of Debt and Denial of Discharge in this adversary on November 6, 2023. Trial is scheduled to begin April 10, 2025.

2. On October 2, 2024, Trustee Shelley D. Krohn filed a Complaint for: 1) Avoidance of Transfer Under 11 U.S.C. §§ 548 and 550, 2) Avoidance of Transfer Under 11 U.S.C. §§ 544 and 550 and NRS 112.180 and NRS 112.210, 3) Denial of Exemption, 4) Unjust enrichment, and 5) Denial of Discharge Under 11 U.S.C. § 727(a)(2)(A) and (4). (*See* Adversary Case number 24-1121) The Trustee filed an Amended Complaint on October 25, 2024 (the

HOLLAND & HART LLP
5470 Kietzke Lane, Suite 100
Reno, Nevada 89511
Tel: (775) 327-3000/Fax: (775) 786-6179

"Trustee's Case").

3. The Trustee's Amended Complaint objects to discharge for all of Sciara's debts, including Sprout's claim.

4. The parties believe it would be a waste of judicial resources for this case to move forward until after conclusion of the Trustee's Case.

IT IS HEREBY ORDERED:

1. This matter shall be stayed and all deadlines extended to 3 months after the conclusion of the Trustee's Case.

2. The pre-trial conference scheduled for March 11, 2025 shall be vacated.

3. The April 7, 2025 and April 10, 2025 trial dates shall be vacated.

4. The parties shall file an Amended Discovery Plan within 14 days after the conclusion of the Trustee's Case.

SUBMITTED BY:

/s/ Timothy A. Lukas
Timothy A. Lukas, Esq. (NV Bar No. 4678)
HOLLAND & HART LLP
5470 Kietzke Lane, Suite 100
Reno, Nevada 89511
Tel: (775) 327-3000
Fax: (775) 786-6179
Email:ECFlukast@hollandhart.com

Attorneys for SPROUT FINANCIAL LLC

# # #