Honorable August B. Landis
United States Bankruptcy Judge

Entered on Docket
January 30, 2026

Peter B. Mortenson, Esq.
Nevada Bar No. 05725
**MORTENSON & RAFIE, LLP**
8375 W. Flamingo Rd., Ste. 102
Las Vegas, NV 89147
Ph: 702-363-4190
Fx: 702-363-4107
Email: manager@nvlaw.us
*Attorney for Brian Sebastian Sciara*

**MORTENSON & RAFIE, LLP**
8375 West Flamingo Road, Suite 102
Las Vegas, Nevada 89147
Telephone (702) 363-4190 Facsimile (702) 363-4107

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

| | |
|---|---|
| In re<br><br>BRIAN SEBASTIAN SCIARA,<br><br>Debtor. | Case No.: BK-S-23-13265-ABL<br><br>Chapter 7<br><br>Adv. Case No.: 23-01140-ABL |
| SPROUT FINANCIAL LLC,<br><br>Plaintiff,<br><br>v.<br><br>BRIAN SEBASTIAN SCIARA,<br><br>Defendant. | **ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL OF RECORD** |

**MORTENSON & RAFIE, LLP**
8375 West Flamingo Road, Suite 102
Las Vegas, Nevada 89147
Telephone (702) 363-4190 Facsimile (702) 363-4107

This matter came before the Court on the Motion to Withdraw as Attorney of Record filed by Peter B. Mortenson, Esq. ("Mortenson") of the law firm of MORTENSON AND RAFIE. LLP, counsel of record for BRIAN SEBASTIAN SCIARA("Debtor"). The Court, having considered the Motion, any responses, and applicable law, finds good cause exists to permit withdrawal.

**FINDINGS OF FACT**

THE COURT FINDS that the lack of participation in the discovery process by Defendant/Debtor, Brian Sebastian Sciara, and his cessation of communication with his attorney, Peter B. Mortenson, Esq. and the firm Mortenson & Rafie, LLP, has rendered the continued representation of the Defendant/Debtor unreasonably difficult and unduly burdensome, and that otherwise good cause for withdrawal exists.

THE COURT FINDS that the withdrawal of counsel can be accomplished without material adverse effect on the interests of the client. This case has been stayed pending the outcome of the adversarial action brought by the Chapter 7 Trustee, Shelley D. Krohn, against Defendant/Debtor. Accordingly, there are no impending deadlines or trial dates upcoming that would present an unreasonable burden on the Defendant/Debtor or the Court by allowing the withdrawal of counsel.

**CONCLUSIONS OF LAW**

The requirements to allow the withdrawal of attorney have been met in this case Pursuant to Nevada Rules of Professional Conduct 1.16. Specifically, the requirements of Rule 1.16 (b) (1), 1.16(b)(6), and 1.1(b)(7) have been met. Those sections read

> 1.16(b) Except as stated in paragraph (3), a lawyer may withdraw from representing a client if:

**MORTENSON & RAFIE, LLP**
8375 West Flamingo Road, Suite 102
Las Vegas, Nevada 89147
Telephone (702) 363-4190 Facsimile (702) 363-4107

(1) Withdrawal can be accomplished without material adverse effect on the interests of the client; …

(6) The representation will result in an unreasonable financial burden on the lawyer or has been rendered reasonably difficult by the client; or

(7) other good cause for withdrawal exists.

**ORDER**

IT IS HEREBY ORDERED that:

**1.** The Motion to Withdraw as Attorney of Record is GRANTED.

**2.** Peter B. Mortenson, Esq. ("Mortenson") of the law firm of MORTENSON AND RAFIE. LLP, is relieved as counsel of record for BRIAN SEBASTIAN SCIARA in this Chapter 7 bankruptcy case.

**3.** Pursuant to Bankruptcy Local Rule 9014 and Rule 9010(b) of the Federal Rules of Bankruptcy Procedure, the Debtor shall have 14 days from the date of this Order to retain new counsel or notify the Court of intent to proceed pro se.

**4.** All future notices, pleadings, and correspondence shall be served directly on the Debtor at the following address:

Brian Sebastian Sciara
712 Pont Chartrain Dr.
Las Vegas, NV 89145

DATED this 29th day of January.

Submitted by:
MORTENSON & RAFIE, LLP

*/s/Peter B. Mortenson*

________________________

Peter B. Mortenson, Esq.
*Attorney for Brian Sebastian Sciara*

**MORTENSON & RAFIE, LLP**
8375 West Flamingo Road, Suite 102
Las Vegas, Nevada 89147
Telephone (702) 363-4190 Facsimile (702) 363-4107

**LR 9021 CERTIFICATION**

In accordance with LR 9021, counsel submitting this document certifies that the order accurately reflects the court's ruling and that (check one):

___ The court has waived the requirement set forth in LR 9021(b)(1).

_X_ No party appeared at the hearing or filed an objection to the motion.

___ I have mailed a copy of this proposed order to all attorneys who appeared at the hearing, and any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated above.

___ I certify that this is a case under chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order.

/s/ *Peter B. Mortenson*______
Peter B. Mortenson, Esq.
8375 W. Flamingo Rd., Suite 102
Las Vega, Nevada 89147