Peter B. Mortenson, Esq.
Nevada Bar No. 05725
**MORTENSON & RAFIE, LLP**
8375 W. Flamingo Rd., Ste. 102
Las Vegas, NV 89147
Ph: 702-363-4190
Fx: 702-363-4107
Email: manager@nvlaw.us
*Attorney for Brian Sebastian Sciara*

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

| | |
|---|---|
| In re | Case No.:   BK-S-23-13265-ABL |
| BRIAN SEBASTIAN SCIARA, | Chapter 7 |
| Debtor. | Adv. Case No.: 23-01140-ABL |
| SPROUT FINANCIAL LLC, | **NOTICE OF ENTRY OF ORDER ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL OF RECORD** |
| Plaintiff, | |
| v. | |
| BRIAN SEBASTIAN SCIARA; and GLENN H. TRUITT, TRUSTEE OF THE B.S.A.P. IRREVOCABLE TRUST DATED SEPTEMBER 16, 2022, | |
| Defendants. | |

TO:     ALL INTERESTED PARTIES

PLEASE TAKE NOTICE that an *Order Granting Motion to Withdraw as Counsel of Record* [ECF Doc 50] (the "Order Granting Motion to Withdraw as Attorney of Record for Defendant Brian Sebastian Sciara") was filed on the 29th day of January, 2026. The Order Granting Motion seeks an order from the Court to allow Peter B. Mortenson, Esq., and the law firm of MORTENSON & RAFIE, LLP, to withdraw as counsel of record for Defendant Brian

MORTENSON & RAFIE, LLP
8375 West Flamingo Road, Suite 102
Las Vegas, Nevada 89147
Telephone (702) 363-4190 Facsimile (702) 363-4107

Sebastian Sciara pursuant to Nevada Rules of Professional Conduct 1.16(b) and LR IA11-6(b) due to a breakdown in communication on fundamental issues of the case and a conflict of interest.

A true and correct copy of the Order is attached hereto as Exhibit A.

Pursuant to the Order allow Peter B. Mortenson, Esq., and the law firm of MORTENSON & RAFIE, LLP, is withdrawn as counsel of record for BRIAN SEBASTIAN SCIARA, in this matter. All future notices, pleadings, and papers should be served directly upon BRIAN SEBASTIAN SCIARA, unless and until substitute counsel appears.

DATED this 30th day of January.

MORTENSON & RAFIE, LLP

*/s/ Peter B. Mortenson*

_____

Peter B. Mortenson, Esq.
Nevada Bar No. 05725
8375 W. Flamingo Rd., Ste. 102
Las Vegas, NV  89147
Telephone (702) 363-4190
Facsimile (702) 363-4107
Email: manager@nvlaw.com
*Attorney for Brian Sebastian Sciara*

**MORTENSON & RAFIE, LLP**
8375 West Flamingo Road, Suite 102
Las Vegas, Nevada 89147
Telephone (702) 363-4190 Facsimile (702) 363-4107